**WO**              IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) | CR-12-1890-PHX-NVW |
| v. | ) ) | |
| Christian Edward Rodriguez, | ) ) | ORDER OF DETENTION |
| Defendant. | ) ) | |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.

The Court incorporates and adopts by reference the assessment of nonappearance/danger findings of the Pretrial Services Agency which were reviewed by the Court at the time of the hearing in this matter.

By clear and convincing evidence defendant is a flight risk to others and the community and requires detention pending trial.

At this time, no condition or combination of conditions will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

However, IT IS FURTHER ORDERED that the defendant shall be interviewed for possible placement at Recovery Homes. Should the defendant be an acceptable candidate Pretrial Services shall contact the duty court to have the defendant brought

to the Courthouse and released from the U.S. Marshal cellblock to Recovery Homes staff. Conditions of release have been reviewed and signed by the Court and the defendant.

DATED this 13th day of November, 2012.

Bridget S. Bade
United States Magistrate Judge